IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DEAN M. CARTER | : | BK. No. 1:16-bk-01249-HWV |
| D/B/A DR. ROOF ROOFING COMPANY | : | |
| D/B/A B-LARGE SOUND EFFECTS | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2004-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE2 | : | 11 U.S.C. §362 |
| Movant | | |
| v. | | |
| DEAN M. CARTER | | |
| D/B/A DR. ROOF ROOFING COMPANY | | |
| D/B/A B-LARGE SOUND EFFECTS | | |
| Respondent | | |

**ORDER DENYING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 1522 NORTH 6TH STREET, HARRISBURG, PA 17102.**

Upon consideration of Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2004-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE2** (Movant), and after notice and a hearing, it is:

**ORDERED AND DECREED** that the Motion is DENIED, without prejudice.

Dated: March 19, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)