In re:  
Dean M. Carter  
    Debtor

Case No. 16-01249-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Sep 16, 2020  
                   Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
5277212       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   ATTN: Bankruptcy Dept,   PO Box 619096,  
               Dallas TX 75261-9741,   Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-909,  
               ATTN: Bankruptcy Dept

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:

       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
       Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank NA et al c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    pfranz@hoflawgroup.com  
       James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bkgroup@kmllawgroup.com  
       Jerome B Blank    on behalf of Creditor    U.S. Bank NA. Sucessor Trustee To Bank Of America, et al. pamb@fedphe.com  
       Jerome B Blank    on behalf of Creditor    HSBC Bank USA, NA etal pamb@fedphe.com  
       Jerome B Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pamb@fedphe.com  
       Jerome B Blank    on behalf of Creditor    Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com  
       Joseph Angelo Dessoye    on behalf of Creditor    Ocwen Loan Servicing, LLC pamb@fedphe.com  
       Kevin Buttery    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com  
       Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, National Association, et al pamb@fedphe.com  
       Mario John Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com  
       Mario John Hanyon    on behalf of Creditor    HSBC Bank USA, NA etal pamb@fedphe.com  
       Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, National Association, et al pamb@fedphe.com  
       Mario John Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et al pamb@fedphe.com  
       Michelle Ghidotti    on behalf of Creditor    U.S. Bank Trust, N.A. as Trustee of the Igloo Series IV Trust bknotifications@ghidottiberger.com  
       Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com  
       Thomas Song    on behalf of Creditor    Wells Fargo Bank, National Association, et al pamb@fedphe.com  
       Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et al pamb@fedphe.com  
       Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com  
       Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company pamb@fedphe.com  
       Thomas Song    on behalf of Creditor    HSBC Bank USA, NA etal pamb@fedphe.com  
       Tracy Lynn Updike    on behalf of Debtor 1 Dean M. Carter tlupdike@mette.com, cgfraker@mette.com;ddwhistler@mette.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                         TOTAL: 23

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-01249-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Dean M. Carter
2541 North 4th Street
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/15/2020.

Name and Address of Alleged Transferor(s):

Claim No. 22: Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept

Name and Address of Transferee:

U.S. Bank Trust N.A., as Trustee of the Igloo
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
U.S. Bank Trust N.A., as Trustee of the
c/o SN Servicing Corporation

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/18/20

Terrence S. Miller
**CLERK OF THE COURT**