UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 1:16-BK-01249-HWV |
| DEAN M CARTER ) | CHAPTER 13 |
| DEBTOR ) | |

NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2541N 4TH ST, HARRISBURG, PA 17110 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******9855

NOW COMES HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
610 Old York Road, Suite 400
Jenkintown, PA 19046
PABKR@brockandscott.com

PHH Mortgage Corporation
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

Please take notice that the undersigned hereby appears as counsel for HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed

20-07175 BKOBJ01




Certificates, Series 2004-C pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                                        RESPECTFULLY SUBMITTED,

/s/ *Andrew Spivack*
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-07175 BKOBJ01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>October 30, 2020</u> to the following:

DEAN M CARTER
2541 NORTH 4TH ST
HARRISBURG, PA 17110

Mette, Evans & Woodside
3401 N FRONT STREET PO BOX 5950
HARRISBURG, PA 17110

Charles J. DeHart, III, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

, US Trustee
P.O. Box 969
Harrisburg, PA 17108

 

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-07175 BKOBJ01