Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
DEAN M. CARTER

Debtor(s)

WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSANCE HEL TRUST 2004-1

Plaintiff(s)/Movants

vs.

DEAN M. CARTER

Defendant(s)/Respondent(s)

| | |
|---|---|
| CHAPTER | 16-01249-HWV |
| CASE NO. | 13 |
| ADV. NO. | |
| NATURE OF PROCEEDING: | MOTION FOR RELIEF FROM AUTOMATIC STAY |
| DOCUMENT No. | 128 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☒ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

/s/ *Mario Hanyon*
Mario Hanyon (Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.