| | |
|---|---|
| In re: | Case No. 16-01249-HWV |
| Dean M. Carter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 01, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5358846 | + Email/Text: bknotices@snsc.com | Apr 01 2021 18:47:00 | U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021                                                       Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew L Spivack | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSAN andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |

Danielle Boyle-Ebersole
    on behalf of Creditor U.S. Bank NA et al c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

James Warmbrodt
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor U.S. Bank NA. Sucessor Trustee To Bank Of America et al. pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com

Joseph Angelo Dessoye
    on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Kevin Buttery
    on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank National Association as Trustee of the Igloo Series IV Trust ldoyle@friedmanvartolo.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSAN wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissan wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, et al pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor HSBC Bank USA National Association, As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com

Michelle Ghidotti
    on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bknotifications@ghidottiberger.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et al pamb@fedphe.com

Thomas Song
    on behalf of Creditor HSBC Bank USA National Association, As Trustee et al pamb@fedphe.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company pamb@fedphe.com

Thomas Song
    on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com

Tracy Lynn Updike
    on behalf of Debtor 1 Dean M. Carter tlupdike@mette.com cgfraker@mette.com;ddwhistler@mette.com;jrporter@mette.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 28

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-01249-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Dean M. Carter
2541 North 4th Street
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/01/2021.

Name and Address of Alleged Transferor(s):

Claim No. 22: U.S. Bank Trust N.A., as Trustee of the Igloo, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A., as Trustee of the, c/o SN Servicing Corporation

Name and Address of Transferee:

U.S. Bank Trust National Association,
as Trustee of Dwelling Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
U.S. Bank Trust National Association,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/03/21

Terrence S. Miller
**CLERK OF THE COURT**