# EXHIBIT "A"

Personal Property

# FACE SHEET

| File # | Case Number | Document Type | Bankruptcy Case Number |
|---|---|---|---|
| | 2012-CV-05935 | WRIT OF EXECUTION | |

Received From:
Date Received: 7/17/2012    Date Expires:

## PEOPLE ASSOCIATED WITH THE CASE

### Primary Defendant(s)
Name: DEAN CARTER  DOB:
Current Physical Address: 2541 N 4TH STREET HARRISBURG, PA 17104

### Primary Plaintiff(s)
Name: SHOMARI SAEED  DOB:
Current Physical Address: 244 FIFTH AVENUE S-201 NEW YORK, NY 10001
Phone: 347-581-1915

## PERSONAL PROPERTY INFORMATION

Monies Levied:                Date of Sale:
Date of Levy: 7/20/2012
District Justice:

## COMMENTS

7/18/12 SENT LEVY OUT WITH DEPUTIES
7/19/12 DEFT CALLED FROM 497-9111, 2541 NORTH 4TH STREET, HARRISBURG, PA WILL BE HOME BETWEEN 11AM AND NOON
7/20/12 DEPUTY SNYDER COMPLETED THE LEVY
SENT COPY OF LEVY AND CHOICE LETTER TO PLA
WRIT IN LEVY FILE
8/13/12 RECEIVED LETTER TO POST ITEMS FOR SALE
SALE SCHEDULED FOR 9/20/12 AT 11AM
8/17/12 SENT POSTINGS OUT WITH DEPUTIES AND NOTIFICATION TO ALL PARTIES
8/20/12 9:00 DEPUTY KABLE SERVED KENNETH HENDERSON CHIEF DEPUTY COUNSEL AT PA DEPT OF REVENUE
8/21/12 13:40 DEPUTY SNYDER POSTED ITEMS FOR SALE
9/20/12 RECIEVED FAX FROM PLA THAT DEFT PAID WRIT IN FULL
9/21/2012 RETURNED WRIT TO PROTHY - STAYED

## Cash Accounting

| Amount | Date Added | Category | ID |
|---|---|---|---|
| $200.00 | 7/16/2012 | Deposit Agency | 430125 |
| ($91.00) | 9/21/2012 | Sheriff Costs | 435082 |
| ($9.80) | 9/21/2012 | Poundage | 435083 |
| ($10.00) | 9/21/2012 | State Fee | 435084 |
| ($89.20) | 9/21/2012 | Refund to Atty/Pltf | 435085 |

**Total Number of Rows: 5**

**Balance Due:** $0.00