UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1-16-01249-HWV |
| DEAN M. CARTER | : | |
| d/b/a DR. ROOF ROOFING COMPANY | : | CHAPTER 13 |
| d/b/a B-LARGE SOUND EFFECTS, | : | |
| | : | |
| Debtor | : | |

**AFFIDAVIT OF REAL ESTATE BROKER**

The undersigned, Eileen Norman, declare under penalty of perjury as follows:

1. This Affidavit is made for purposes of a Motion to Approve Sale of Real Property under 11 U.S.C. §363(b).

2. I am more than twenty-one (21) years of age and competent to give this Affidavit regarding the matters herein stated.

3. I have been a Real Estate Agent for 8 years and am currently employed with Coldwell Banker Realty, but was previously employed by Iron Valley Real Estate of Central PA.

4. I viewed the Debtor's property at 1521 N. 5th Street, Harrisburg, PA, 1523 N., 5th Street, Harrisburg, PA, 1525/1527 N. 5th Street, Harrisburg, PA, 1522 N. 6th Street, Harrisburg, PA, 1524 N. 6th Street, Harrisburg, PA, and 1526 N. 6th Street, Harrisburg, PA, Dauphin County, Pennsylvania and have determined that the maximum value for the property is $500,000.00.

5. The maximum value was determined by a Comparable Market Analysis that I conducted on the property.

6. Debtor's property was placed on the market on September 5, 2018.

7. The property was shown 6 times. Debtors received 4 offers on the property.

8. The accepted offer was for $500,000.00, which was received after 984 days on the market.

9. The accepted offer is fair consideration given current market conditions.

10. The accepted offer was a negotiated, arm's length transaction and the proposed buyer is an unrelated third party. There is no evidence of fraud or collusion between the purchaser and other bidders, or an attempt to take grossly unfair advantage of other bidders, and it is believed the accepted offer is in good faith.

11. As Affiant I say no further.

*Eileen P. Norman*

dotloop verified
09/22/21 12:03 PM EDT
HSWP-2WLS-IJQA-ADCT

Eileen Norman, Agent of Record
Coldwell Banker Realty, formerly of
Iron Valley Real Estate of Central PA