United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 16-01249-HWV

Dean M. Carter                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                             Page 1 of 2

Date Rcvd: Sep 21, 2021                       Form ID: pdf010                      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Keith Labell Esquire, Robertson Anschutz & Schmeid P.L., Bankruptcy Dept, 6409 Congress Avenue, Suite 100, Boca Raton FL 33487-2853 |
| + | Nautilus Insurance Group, c/o Amato and Associates PC, 107 North Commerce Way, Bethlehem PA 18017-8913 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021                                      Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew L Spivack | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSAN andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank NA et al c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

James Warmbrodt
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor U.S. Bank NA. Sucessor Trustee To Bank Of America et al. pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Jerome B Blank
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com

Joseph Angelo Dessoye
    on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com

Kevin Buttery
    on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank National Association as Trustee of the Igloo Series IV Trust ldoyle@friedmanvartolo.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSAN wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissan wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, et al pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor HSBC Bank USA National Association, As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com

Michelle Ghidotti
    on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bknotifications@ghidottiberger.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, et al tomysong0@gmail.com

Thomas Song
    on behalf of Creditor HSBC Bank USA National Association, As Trustee et al tomysong0@gmail.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al tomysong0@gmail.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company tomysong0@gmail.com

Thomas Song
    on behalf of Creditor HSBC Bank USA NA etal tomysong0@gmail.com

Tracy Lynn Updike
    on behalf of Debtor 1 Dean M. Carter tlupdike@mette.com rkvansteenacker@mette.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 28

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 1-16-01249-HWV |
| DEAN M. CARTER<br>d/b/a DR. ROOF ROOFING COMPANY<br>d/b/a B-LARGE SOUND EFFECTS, | CHAPTER 13 |
|     Debtor | |
| DEAN M. CARTER<br>d/b/a DR. ROOF ROOFING COMPANY<br>d/b/a B-LARGE SOUND EFFECTS and<br>JACK N. ZAHAROPOULOS, STANDING<br>CHAPTER 13 TRUSTEE, | |
|     Movants | |
| v. | |
| NAUTILUS INSURANCE GROUP, | |
|     Respondent | |

**ORDER AVOIDING A JUDICIAL LIEN**

The Joint Motion of Debtor, Dean M. Carter, and Jack N. Zaharopoulos, Standing Chapter 13 Trustee, to Avoid a Judicial Lien, having come this day before the Court, it is:

**HEREBY ORDERED** that the judgment entered by Nautilus Insurance Group in the Court of Common Pleas of Dauphin County, Pennsylvania to No. 2007-CV-08983 is avoided and declared void as to Debtor's real property located in Dauphin County, Pennsylvania, in that it impairs the Trustee's interest in the real property for the benefit of the estate pursuant to pursuant to 11 U.S.C. §544.

Dated: September 20, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)