Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DEAN M CARTER<br><br>                           **Debtor(s)**<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSANCE HEL TRUST 2004-1<br><br>                        **Plaintiff(s)/ Movants**<br><br>   vs.<br>DEAN M CARTER<br><br>                        **Defendant(s)/ Respondent(s)** | **CHAPTER**    13<br>**CASE NO.**    1:16-bk-01249-HWV<br>**NATURE OF PROCEEDING:**    Motion for Relief from Automat<br>**DOCUMENT No.**    128 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
        ☐ Thirty (30) days.
        ☒ Forty-five (45) days.
        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| Dated: **November 1, 2021** | /s/ Mario Hanyon |
|---|---|
| | Attorney for: WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSANCE HEL TRUST 2004-1 |

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.