Certificate Number: 14912-PAM-DE-036342818

Bankruptcy Case Number: 11-60124


14912-PAM-DE-036342818

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2022, at 7:10 o'clock PM EST, Dean Carter completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 20, 2022                By:   /s/Jai Bhatt

                                         Name: Jai Bhatt

                                         Title: Counselor