| Fill in this information to identify the case: |
| --- |
| Debtor 1   DEAN M CARTER |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number 1:16-bk-01249-HWV |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 9855

**Property address:** 2541 N 4th
Number Street
*Harrisburg, PA 17110
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*
☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.
☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/01/2022
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                 (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:           +(b) $ _____

c. **Total.** Add lines a and b.                                            (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM/DD/YYYY

Debtor 1  DEAN M CARTER  
     First      Middle      Last

Case number *(if known)* 1:16-bk-01249-HWV

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon      Date 04/13/2022  
   Signature

Print     Mario Hanyon       Title  Attorney  
              First Name      Middle Name      Last Name

Company     Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     8757 Red Oak Blvd., Suite 150  
              Number      Street

              Charlotte, NC 28217  
             City      State      ZIP Code

Contact phone   844-856-6646 x4560      Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br><br>DEAN M CARTER | Case No. 1:16-bk-01249-HWV<br><br>Chapter 13 |
| HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C,<br><br>    Movant<br><br>vs.<br><br>DEAN M CARTER,<br><br>    Debtor, | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

DEAN M CARTER
2541 NORTH 4TH STREET
HARRISBURG, PA 17110

Tracy Lynn Updike, Debtor's Attorney
3401 North Front Street
Harrisburg, PA 17110

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>April 13, 2022</u>

                                         <u>/s/Mario Hanyon</u>
                                         Andrew Spivack, PA Bar No. 84439
                                         Matt Fissel, PA Bar No. 314567
                                         Mario Hanyon, PA Bar No. 203993
                                         Ryan Starks, PA Bar No. 330002
                                         Jay Jones, PA Bar No. 86657
                                         Attorney for Creditor
                                         BROCK & SCOTT, PLLC
                                         8757 Red Oak Boulevard, Suite 150
                                         Charlotte, NC 28217
                                         Telephone: (844) 856-6646
                                         Facsimile: (704) 369-0760
                                         E-Mail: PABKR@brockandscott.com