| | |
|---|---|
| In re: | Case No. 16-01249-HWV |
| Dean M. Carter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 09, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dean M. Carter, 2541 North 4th Street, Harrisburg, PA 17110-1908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Andrew L Spivack | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSAN andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank NA et al c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ |

| | |
|---|---|
| | PASS-THROUGH TRUST IX bkgroup@kmllawgroup.com |
| Jerome B Blank | |
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com |
| Jerome B Blank | |
| | on behalf of Creditor U.S. Bank NA. Sucessor Trustee To Bank Of America et al. pamb@fedphe.com |
| Jerome B Blank | |
| | on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com |
| Jerome B Blank | |
| | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Joseph Angelo Dessoye | |
| | on behalf of Creditor Ocwen Loan Servicing LLC pamb@fedphe.com |
| Kevin Buttery | |
| | on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank National Association as Trustee of the Igloo Series IV Trust ldoyle@milsteadlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust ldoyle@milsteadlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Wells Fargo Bank National Association, et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSAN wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor HSBC Bank USA National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Renaissan wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Fremont Home Loan Trust 2004-C, Mortgage-Backed Certificates, Series 2004-C wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al pamb@fedphe.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor Wells Fargo Bank National Association, et al pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor HSBC Bank USA NA etal pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor HSBC Bank USA National Association, As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michelle Ghidotti | |
| | on behalf of Creditor U.S. Bank Trust N.A. as Trustee of the Igloo Series IV Trust bknotifications@ghidottiberger.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| Thomas Song | |
| | on behalf of Creditor Wells Fargo Bank National Association, et al tomysong0@gmail.com |
| Thomas Song | |
| | on behalf of Creditor HSBC Bank USA National Association, As Trustee et al tomysong0@gmail.com |
| Thomas Song | |
| | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For et al tomysong0@gmail.com |
| Thomas Song | |
| | on behalf of Creditor Deutsche Bank National Trust Company tomysong0@gmail.com |
| Thomas Song | |

|  |  |
|---|---|
|  | on behalf of Creditor HSBC Bank USA  NA etal tomysong0@gmail.com |
| Tracy Lynn Updike |  |
|  | on behalf of Debtor 1 Dean M. Carter tlupdike@mette.com  rkvansteenacker@mette.com |
| United States Trustee |  |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 31

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dean M. Carter, dba Dr. Roof Roofing Company, dba B−Large Sound Effects, | Chapter 13 |
| | Case No. 1:16−bk−01249−HWV |
| **Debtor 1** | |

Social Security No.:
xxx−xx−2769

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)